FILED IN OPEN COURT
7/13/05 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. **CR 98-49-JJF** |
| vs. ) | |
| ) | |
| **WALIK HASAN JOHNSON** ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **13TH** day of **JULY**, 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Gregory M. Sleet
**United States District Judge**

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney

F I L E D

JUL 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE