IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 98-49-JJF |
| WALIK JOHNSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Petition alleging violations of the conditions of her probation was issued on May 13, 2005 (D.I. 19);

IT IS HEREBY ORDERED that Defendant's hearing on the Petition for Revocation of Probation will be held on **Tuesday, July 26, 2005, at 1:15 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

July 22, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE