AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

Walik Hasan Johnson

**WARRANT FOR ARREST**

Case Number: CR 98-49-001(JJF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ WALIK HASAN JOHNSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  ☒ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of _____ United States Code, Section(s) _____

Peter T. Dalleo
Name of Issuing Officer

Anita F Belton, Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

May 13, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Walik Hasan Johnson |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-13-05 | William Dowdy, DUSM | William Dowdy |
| DATE OF ARREST | | |
| 7-12-05 | | |