AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States of America

v.

Walik Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 98-CR-49 (JJF)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan, Jr. | Robert Prettyman | Christopher Koyste |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/26/05 | Carol D. Serafino | A. Bolton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/26 |  |  | Letter from Leola Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages