IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. Action No. 1:98CR00049-001 JJF |
| Walik Hasan Johnson | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court held a Status Hearing regarding the defendant's conduct since the last supervised release violation hearing;

WHEREAS, the defendant has not complied with the Court's directives since the last hearing;

IT IS HEREBY ORDERED the 13th day of September, 2005, that the defendant obtain verifiable employment by Wednesday, September 21, 2005. It is further ordered that the defendant adhere to an 8:00 p.m. to 6:00 a.m. curfew. Should the defendant not follow these directives, or should he violate any other terms of his supervised release, a revocation hearing will be held in this matter.

The Honorable Joseph J. Farnan Jr.
U.S. District Judge