AO 470 (8/85) Order of Temporary Detention

# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Walik Hasan Johnson
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
F.R.Cr.P. 32.1

Case Number: CR 98-49 JJF

Upon motion of the Government, it is ORDERED that a

Revocation Hearing is set for November 30, 2005 * at NOON

before the Honorable Joseph J. Farnan, U.S. District Judge
Name of Judicial Officer

Courtroom #4B, 4th Flr., Federal Bldg., 844 King St., Wilmington, Delaware

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
Other Custodial Official

and produced for the hearing.

11/17/05
Date

Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE