AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

WALIK HASAN JOHNSON

**WARRANT FOR ARREST**

Case Number:   1:98CR00049-001-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WALIK HASAN JOHNSON
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
VIOLATION OF TERMS OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

Peter T. Dalleo
Name of Issuing Officer

Anita F. Bolton: Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

November 1, 2005 in Wilmington, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Walik Johnson

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-1-05 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 11-17-05 | | |