IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 98-49-JJF |
| WALIK JOHNSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Petition on Probation and Supervised Release alleging violations on the conditions of Defendant's supervised release was issued on November 1, 2005 (D.I. 30);

WHEREAS, the Defendant was detained by Order of the U.S. Magistrate Judge dated November 17, 2005 (D.I. 32);

NOW THEREFORE, IT IS HEREBY ORDERED that a Revocation Hearing will be held on **Wednesday, November 30, 2005, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 22, 2005
DATE

UNITED STATES DISTRICT JUDGE