AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
V.

WALIK HASAN JOHNSON

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:98CR00049-001 JJF

USM Number: 04072-015

CHRISTOPHER S. KOYSTE, ESQ.
Defendant's Attorney

THE DEFENDANT:

☒ admitted guilt to violation of condition(s) Standard Conditions and Special Condition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month. | October 24, 2005 |
| Standard Condition #5 | You shall work regularly at a lawful occupation unless excused by the probation officer schooling, training or other acceptable reasons | October 24, 2005 |
| Standard Condition #6 | You shall notify the probation officer ten days prior to any change of residence or employment | October 24, 2005 |
| Special Condition | The defendant shall participate in a drug aftercare treatment program, which may include urine testing at the direction and discretion of the probation officer | October 24, 2005 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   5710

Defendant's Date of Birth:   1978

Defendant's Residence Address:

Wilmington, DE 19801

November 30, 2005
Date of Imposition of Judgment

Signature of Judge

Joseph J. Farnan, Jr., U.S. District Court Judge
Name and Title of Judge

December  / , 2005
Date

Defendant's Mailing Address:

Wilmington, DE 19801



FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2 Imprisonment

Judgment Page  2  of  2

**DEFENDANT:** WALIK HASAN JOHNSON
**CASE NUMBER:** 1:98CR00049-001 JJF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

13 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered  3-2-06  to  FCI ALM

a _____ with a certified copy of this judgment.

12/8/05
TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

KAREN F. Hogstenwalder
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL